IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-523-BO

| JAMEELAH HAYES, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| AMERICAN ASSOCIATION OF STATE HIGHWAY TRANSPORTATION OFFICIALS, | ) |
| Defendant. | ) |

This matter is before the court on the consent motion [DE-20] of defendant to stay discovery in this matter until the resolution of defendant's pending motion to dismiss [DE-13] plaintiff's complaint.

For good cause shown by the reasons stated in the motion, the consent motion to stay [DE-20] is GRANTED. It is therefore ORDERED that the parties' deadline to participate in a Rule 26(f) conference and to submit a discovery plan, as well as any discovery deadlines, are STAYED in this case until such time as the court rules on defendant's pending motion to dismiss [DE-13].

IT IS FURTHER ORDERED that should any claims remain following the court's ruling on defendant's motion to dismiss [DE-13], counsel for plaintiff and defendant shall participate in a Rule 26(f) conference and file a Rule 26(f) report within fourteen (14) days of the ruling, unless otherwise ordered by the court.

SO ORDERED, this 3rd day of April, 2025.

_____
Brian S. Meyers
United States Magistrate Judge