IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-523-BO-BM

| | |
|---|---|
| JAMEELAH HAYES, )<br>　　　　　　Plaintiff, )<br>　　　　　　　　　　　　)<br>v.　　　　　　　　　　　)<br>　　　　　　　　　　　　)<br>AMERICAN ASSOCIATION OF STATE )<br>HIGHWAY TRANSPORTATION )<br>OFFICIALS, )<br>　　　　　　Defendant. ) | O R D E R |

This cause comes before the Court on defendant's motion to dismiss plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff has responded, defendant has replied, and the motion is ripe for ruling.

The Court has considered the complaint in light of the applicable standards, *see Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007), and determines that plaintiff has stated plausible claims for relief. The motion to dismiss [DE 13] is DENIED.

SO ORDERED, this **3** day of July 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　TERRENCE W. BOYLE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE